IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY R. WRIGHT,<br><br>Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br>Civil No. 1:07-CR-00046 |

Before the court is the Report and Recommendation ("R&R") (#33) issued by United States Magistrate Judge Warner on September 20, 2007, recommending that the court deny Defendant's Motion to Suppress (#20). Although Defendant has timely filed objections in which he requests the court to reject the R&R, the court finds no merit in them. Rather, having reviewed de novo the portions of Magistrate Judge Warner's disposition to which the court has received specific written objections pursuant to Rule 72(b) of the Federal Rules of Civil Procedure,[1] the court finds that the record fully supports the R&R. In particular, the court finds that the warrant was fully supported by probable cause and provided a clear nexus between the place to be searched – the defendant's home – and the things to be seized – illegal drugs. Consequently, the court ADOPTS the R&R (#33) and DENIES Defendant's Motion to Suppress (#20).

SO ORDERED.

---

[1] *See* DUCrimR 57-16(a)(2); DUCivR 74-1(a)(2).

DATED this 22nd day of October, 2007.

BY THE COURT:

_____
Paul G. Cassell,
United States District Judge